UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
**FILED**
AUG 02 2012
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                    INDICTMENT NO. 7:12-CR-11-ART

RAY DOUGLAS STAPLETON,
TINA MARIE STAPLETON,
STEPHEN C. ARNY, M.D., and
EMMANUEL GALANG ACOSTA, M.D.

\* \* \* \* \*

THE GRAND JURY CHARGES:

INTRODUCTION:

At all times material to this Indictment:

1. **STEPHEN C. ARNY, M.D.** was a practicing physician. He was licensed to practice medicine in Kentucky during times relevant in this Indictment. He was permitted by Drug Enforcement Administration (DEA) to write or prescribe narcotic prescriptions. His offices were located in Floyd County, Kentucky.

2. **EMMANUEL GALANG ACOSTA** was a practicing physician. He was licensed to practice medicine in Kentucky during times relevant in this Indictment. He was permitted by Drug Enforcement Administration (DEA) to write or prescribe narcotic prescriptions. His offices were located in Floyd County, Kentucky.

## COUNT 1
## 21 U.S.C. § 846

On or about a day in July 2010, the exact date unknown, and continuing through on or about June 30, 2012, in Floyd County, in the Eastern District of Kentucky, and elsewhere,

**RAY DOUGLAS STAPLETON,
TINA MARIE STAPLETON,
STEPEHEN C. ARNY, M.D.,
EMMANUEL GALANG ACOSTA, M.D.,**

and others did knowingly and intentionally conspire to distribute and unlawfully dispense Oxycodone, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1); all in violation of 21 U.S.C. § 846.

## COUNT 2
## 21 U.S.C. § 846

On or about a day in July 2010, the exact date unknown, and continuing through on or about June 30, 2012, in Floyd County, in the Eastern District of Kentucky, and elsewhere,

**RAY DOUGLAS STAPLETON,
TINA MARIE STAPLETON,
STEPEHEN C. ARNY, M.D.,
EMMANUEL GALANG ACOSTA, M.D. ,**

and others did knowingly and intentionally conspire to distribute and unlawfully dispense Hyrocodone, a Schedule III controlled substance, in violation of 21 U.S.C. § 841(a)(1); all in violation of 21 U.S.C. § 846.

## COUNT 3
## 21 U.S.C. § 846

On or about a day in July 2010, the exact date unknown, and continuing through on or about June 30, 2012, in Floyd County, in the Eastern District of Kentucky, and elsewhere,

**RAY DOUGLAS STAPLETON,**
**TINA MARIE STAPLETON,**
**STEPEHEN C. ARNY, M.D.,**
**EMMANUEL GALANG ACOSTA, M.D.,**

and others did knowingly and intentionally conspire to distribute Xanax, a Schedule IV controlled substance, in violation of 21 U.S.C. § 841(a)(1); all in violation of 21 U.S.C. § 846.

## COUNT 4
## 21 U.S.C. § 856(a)

On or about a day in July 2010, the exact date unknown, and continuing through on or about June 30, 2012, in Floyd County, in the Eastern District of Kentucky,

**RAY DOUGLAS STAPLETON,**
**TINA MARIE STAPLETON,**

and others did knowingly open, lease, rent, use, and maintain a place, to wit: Paintsville Auto Accident and Recovery located in Auxier, ~~Johnson~~ Floyd Z.V. County, Kentucky, whether permanently or temporarily, for the purpose of distributing and unlawfully dispensing controlled substances, all in violation of 21 U.S.C. § 856(a).

## COUNT 5
## 21 U.S.C. § 841(a)(1)

On or about October 4, 2011, in Magoffin County, in the Eastern District of Kentucky,

**RAY DOUGLAS STAPLETON**

did knowingly and intentionally possess with intent to distribute Schedule II controlled substances, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 6
## 21 U.S.C. § 841(a)(1)

On or about October 4, 2011, in Magoffin County, in the Eastern District of Kentucky,

**RAY DOUGLAS STAPLETON**

did knowingly and intentionally possess with intent to distribute Schedule III controlled substances, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 7
## 21 U.S.C. § 841(a)(1)

On or about October 4, 2011, in Magoffin County, in the Eastern District of Kentucky,

**RAY DOUGLAS STAPLETON**

did knowingly and intentionally possess with intent to distribute Schedule IV controlled substances, all in violation of 21 U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATION
## 21 U.S.C. § 853

In committing the offenses alleged in this Indictment, the same being punishable by imprisonment for more than one year,

**RAY DOUGLAS STAPLETON,**
**TINA MARIE STAPLETON,**
**STEPEHEN C. ARNY, M.D., and**
**EMMANUEL GALANG ACOSTA, M.D.,**

used and intended to use, the below-described property to commit and to facilitate the commission of the said controlled substance violations, and the below-described property constitutes proceeds obtained directly and indirectly as a result of the commission of the aforesaid violations of 21 U.S.C. §§ 841(a)(1) and 846, including, but not limited to, the following:

**CURRENCY:**
1. $329,977.90 in United States currency;
2. $966,041.03 in United States currency; and
3. $27,898.00 in United States currency.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest the defendants have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853.

**A TRUE BILL**

_____
**KERRY B. HARVEY**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1 & 5:**   Not more than 20 years imprisonment, $1,000,000 fine, and at least 3 years supervised release.

**COUNTS 2 & 6:**   Not more than 10 years imprisonment, $500,000 fine, and at least 2 years supervised release.

**COUNTS 3 & 7:**   Not more than 5 years imprisonment, $250,000 fine, and at least 1 year supervised release.

**COUNT 4:**   Not more than 20 years imprisonment, $500,000 fine, and 3 years supervised release.

**FORFEITURE ALLEGATIONS:**   Forfeiture of listed assets

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.