UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  PLAINTIFF<br><br>V.<br><br>STEPHEN C. ARNY, *et al.*,<br><br>  DEFENDANTS | No. 7:12-CR-11-03-ART<br><br>*Electronically Filed* |

### DEFENDANT'S MOTION FOR NEW TRIAL

Defendant Dr. Stephen Arny ("Dr. Arny"), by counsel, respectfully files this Motion for New Trial.  As the Defendant explains in his supporting memorandum, the Defendant was indicted on August 2, 2012 for violating 21 U.S.C. §846 by conspiring to distribute and unlawfully dispense Schedule II, Schedule III, and Schedule IV controlled substances in violation of 21 U.S.C. §841(a)(1).  Dr. Arny's trial lasted for three days, from September 15 to 17, 2014.  On September 17, 2014, Dr. Arny was found guilty on all three counts alleged against him.

Extremely dissatisfied with his counsel, Dr. Arny retained new counsel to handle his sentencing and appeal, if appropriate.  After meeting with Dr. Arny and reviewing the record, new counsel discovered that a basis exists for Dr. Arny to be granted a new trial because prior counsel failed to appropriately manage Dr. Arny's defense.  Specifically, Dr. Arny's prior

counsel failed to file a *Daubert* motion, failed to interview Dr. Arny's predecessor, and failed to file any motions *in limine*.

For the reasons stated above, and those set forth in Dr. Arny's Memorandum in Support, filed contemporaneously herewith, Dr. Arny respectfully requests this Court grant his Motion, and schedule a new trial.  Dr. Arny has tendered a proposed order.

                Respectfully submitted,

                */s/ Kent Wicker*
                Kent Wicker
                Nicole S. Elver
                Lesley Bilby
                **DRESSMAN BENZINGER LAVELLE PSC**
                321 W. Main Street
                2100 Waterfront Plaza
                Louisville, Kentucky 40202
                Telephone:  (502) 572-2500
                Facsimile:  (502) 572-2503
                Email:  kwicker@dbllaw.com

                **ATTORNEYS FOR DEFENDANT STEPHEN ARNY**

## CERTIFICATE OF SERVICE

    This is to certify that a true copy of the foregoing has been served on March 9, 2015, via the Court's ECF system, which will send electronic notice to counsel of record.

*/s/ Kent Wicker*
**ATTORNEY FOR DEFENDANTS**
