UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF | ) No. 7:12-CR-11-03-ART |
| V. | ) *Electronically Filed* |
| STEPHEN C. ARNY, *et al.*, | ) |
| DEFENDANTS | ) |

## DECLARATION OF DR. STEPHEN ARNY

I, Dr. Stephen Arny, hereby state under oath as follows:

1. My name is Stephen Arny. I am over the age of twenty-one, and I make this affidavit from my personal knowledge.

2. Prior to my employment at Paintsville Auto Accident Healthcare, Inc. ("PAAH") I had never worked as a pain management doctor.

3. I followed the medical care plan my predecessor put in place for many of the PAAH patients, and reduced some medications when appropriate.

4. Some patients were upset by the reduction in medication and sought care elsewhere.

5. I asked my counsel to call Dr. Doina Saxman as a witness on my behalf; however, my counsel represented to me that Dr. Saxman was out of the country at the time of my trial, and therefore not available.

Signed under penalties of perjury this  9th  day of March, 2015.

_____
Dr. Stephen Arny